Case 1:20-cv-06042-AJN   Document 13   Filed 11/04/20   Page 1 of 1



**ATTORNEYS AT LAW**
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/20
```

October 28, 2020

**VIA ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

> The initial pretrial conference currently scheduled for November 6, 2020 is hereby adjourned to January 8, 2021 at 3 p.m.
> SO ORDERED.

Re:   *Donna Hedges v. Siena Heights University*
       Civil Action No.: 20-cv-6042



11/4/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Dear Judge Nathan:

    This firm is counsel for Defendant in the above-referenced matter. Pursuant to Your Honor's Individual Rule of Practice in Civil Cases 1.D., we write, with the consent of Plaintiff's counsel, to respectfully request an adjournment of the conference in this matter, which currently is scheduled for November 6, 2020. Defendant's response to the complaint is currently due November 2, 2020.

    The requested adjournment is necessary due to Defendant's recent retention of an expert in this matter who is currently assessing the violations set forth in Plaintiff's complaint. Before the parties attend a conference with the Court, the parties believe it is most efficient to receive the expert's findings and for Defendant to interpose a response to the Complaint. This represents the parties' first request for an adjournment of the scheduled conference.

    We thank the Court for its consideration of this request.

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

*Misty D. Marris*

Misty D. Marris

cc: All Counsel of Record (via ECF)