UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DONNA HEDGES, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiffs,

v.

SIENA HEIGHTS UNIVERSITY,

                Defendant.

-----------------------------------------------------------X

No.: 20-cv-6042-AJN

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2021

## STIPULATION

It is hereby stipulated by Plaintiff, Donna Hedges, ("Plaintiff") and Defendant, Siena Heights University ("Defendant"), by and through their undersigned counsel, that all claims by Plaintiff against Defendant shall be dismissed with prejudice and without an award of fees or costs to either party.

Dated: New York, New York
        January 25, 2021

                                    GORDON REES SCULLY MANSUKHANI, LLP

                                    By:   */s/ Misty Marris*
                                            Misty D. Marris, Esq.
                                            Brittany L. Primavera, Esq.
                                            One Battery Park Plaza, 28th Floor
                                            New York, New York 10004
                                            Tel: (212) 269-5500
                                            Fax: (212) 269-5505
                                            Email: mmarris@grsm.com
                                            Email: bprimavera@grsm.com
                                            *Attorneys for Defendant*

1/27/21

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

GOTTLIEB & ASSOCIATES

By: */s/ Jeffrey Gottlieb*
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
Fax: (212) 982-6284
Email: Jeffrey@gottlieb.legal
*Attorneys for Plaintiffs*

**ORDER OF DISMISSAL**

Based on the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all of Plaintiff's claims against Defendant shall be dismissed with prejudice and without an award of fees or costs to either party.

DATED this _____ day of _____, 2021.

_____
HONORABLE ALISON J. NATHAN